IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

ASHLEY KAWCZYNSKI,

          Petitioner,

v.                                             CIVIL ACTION NO. 2:25-cv-00024
                                                  (Criminal No. 2:22-cr-00160)

UNITED STATES OF AMERICA,

          Respondent.

**ORDER**

Before the Court is Petitioner Ashley Kawczynski's ("Petitioner") Motion to Vacate, Set Aside, or Correct Sentence. (ECF No. 120). By standing order, this matter was referred to United States Magistrate Judge Omar J. Aboulhosn for submission of proposed findings of fact and recommendations for disposition ("PF&R"). (ECF No. 121.) On July 22, 2025, Magistrate Judge Aboulhosn filed his PF&R recommending Petitioner's motion be dismissed. (ECF No. 127.)

This Court is not required to review, de novo or under any other standard, factual or legal conclusions contained within the PF&R to which no objections were addressed. *Thomas v. Arn*, 474 U.S. 140, 150 (1985). Failure to file timely objections constitutes a waiver of de novo review and Plaintiff's right to appeal this Court's order. 28 U.S.C. § 636(b)(1); see also *Snyder v. Ridenour*, 889 F.2d 1363, 1366 (4th Cir. 1989); *United States v. Schronce*, 727 F.2d 91, 94 (4th Cir. 1984). In addition, this Court need not conduct a de novo review when a party "makes

general and conclusory objections that do not direct the Court to a specific error in the magistrate's proposed findings and recommendations." *Orpiano v. Johnson*, 687 F.2d 44, 47 (4th Cir. 1982).

Objections to the PF&R in this case were due on August 8, 2025. (ECF No. 127.) To date, Petitioner has not filed any objections, thereby waiving de novo review of Magistrate Judge Aboulhosn's PF&R. Accordingly, this court **ADOPTS** the PF&R, (ECF No. 127), and **DISMISSES** Petitioner's motion, (ECF No. 120.) The Court further **DIRECTS** the Clerk to **REMOVE** this case from the active docket.

**IT IS SO ORDERED.**

The Court **DIRECTS** the Clerk to send a copy of this Order to counsel of record and any unrepresented party.

ENTER:   September 9, 2025

_____
THOMAS E. JOHNSTON
UNITED STATES DISTRICT JUDGE